**PRIORITY SEND**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

<u>CIVIL MINUTES -- GENERAL</u>

Case No.   EDCV 14-02175-VAP (DTBx)                    Date:  January 14, 2015

Title:     BRENDA MYERS -v- LOWE'S COMPANIES, INC., AND DOES 1 TO 100, INCLUSIVE
==============================================================
PRESENT:      HONORABLE VIRGINIA A. PHILLIPS, U.S. DISTRICT JUDGE

| Marva Dillard | None Present |
| Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:

None

ATTORNEYS PRESENT FOR DEFENDANTS:

None

PROCEEDINGS:     ORDER TO SHOW CAUSE RE: AMOUNT IN CONTROVERSY (IN CHAMBERS)

    Plaintiff Brenda Myers filed this action in the California Superior Court for the County of Riverside on May 30, 2014.  (Not. of Removal Ex. A ("Complaint") (Doc. No. 1).)  Along with the Complaint, Meyers submitted a statement of damages, seeking damages in excess of $700,000.00.  (Not. of Removal Ex. B.)

    The parties appeared for a scheduling conference on January 12, 2015.  At the scheduling conference, the Court asked Meyers's counsel what her medical damages and lost earnings were.  Plaintiff counsel's answers leave doubt that the amount in controversy in this action is greater than $75,000.00.  Accordingly, the Court ORDERS Plaintiff to show cause, in writing, no later than March 23, 2015,

EDCV 14-02175-VAP (DTBx)
BRENDA MYERS v. LOWE'S COMPANIES, INC., AND DOES 1 TO 100, INCLUSIVE
MINUTE ORDER of January 14, 2015

why this case should not be remanded for lack of subject matter jurisdiction.  The parties are permitted to conduct discovery on the issue of damages before the deadline to respond to this order.

**IT IS SO ORDERED.**